# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**TERRESA ROBERTS, et al.,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  01-2113-CM**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**consolidated with 02-2536-CM**

**ART KORN, et al.,**

        **Defendants.**

### JUDGMENT IN A CIVIL CASE

**Jury Verdict.**　　This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

     **IT IS ORDERED AND ADJUDGED**   that Plaintiffs Terresa and Scott Roberts recover of Defendants Art Korn and Stephen W. Summers the sum of $9,600.00 actual damages; Plaintiff Jourdan Penn recover of Defendants Art Korn and Stephen W. Summers the sum of $14,400.00 actual damages; Plaintiff Dowdall Engineering, Inc., recover of Defendants Art Korn and Stephen W. Summers the sum of $18,000.00 actual damages.  Plaintiffs Terresa and Scott Roberts recover of Defendant Art Korn the sum of $15,000.00 punitive damages; Plaintiff Jourdan Penn recover of Defendant Art Korn the sum of $15,000.00 punitive damages; Plaintiff Dowdall Engineering, Inc., recover of Defendant Art Korn the sum of $15,000.00 punitive damages.  Plaintiffs Terresa and Scott Roberts recover of Defendant Stephen W. Summers the sum of $10,000.00 punitive damages; Plaintiff Jourdan Penn recover of Defendant Stephen W. Summers the sum of $10,000.00 punitive damages; Plaintiff Dowdall Engineering, Inc., recover of Defendant Stephen W. Summers the sum of $10,000.00 punitive damages, with interest thereon at the rate of 2.60% as provided by law, and their costs of action.

Date:   May 12, 2005　　　　　　　　　　　　RALPH L. DeLOACH, CLERK

By: <u>s/ Jane Stepp</u>